UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN ERNESTO MENDEZ DELGADO,

Petitioner,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

Respondents.

CASE NO. 2:26-cv-02572-GJL

ORDER DISMISSING ACTION WITHOUT PREJUDICE UNDER LOCAL CIVIL RULE 41(B)(2)

This is a federal habeas action filed pursuant to 28 U.S.C. § 2241. Dkt. 1-1. Petitioner Kevin Ernesto Mendez Delgado, who proceeds *pro se*, has consented to proceed in this matter before a United States Magistrate Judge. *Id.* at 4. On September 24, 2026, mail sent by the Court to Petitioner at the address on file was returned as undeliverable. Dkt. 7.

Under Local Civil Rule 41(b)(2), a party proceeding *pro se* must keep the Court and opposing parties advised of their current address. Local Rules, W.D. Wash., LCR 41(b)(2). If mail directed to a *pro se* litigant is returned by the Postal Service and the party fails to notify the Court and opposing parties of a current address within sixty days thereafter, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

More than sixty days have passed since the Court's mail to Petitioner was returned as undeliverable, and Petitioner has not provided the Court with an updated address. Accordingly, this action is **DISMISSED without prejudice** for failure to prosecute pursuant to LCR 41(b)(2).

Dated this 24th day of November, 2026.

Grady J. Leupold
United States Magistrate Judge